[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

MCP

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
JAN 30 2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

SOSSANE PIERRE-MICHEL SERI,

Plaintiff(s),

vs.

VILLAGE OF BOLINGBROOK,
BOLINGBROOK POLICE DEPARTMENT

Defendant(s).

1:24-cv-00796
Judge Sharon Johnson Coleman
Magistrate Judge Jeffrey Cole
CAT. 2 / RANDOM

Case No.

## COMPLAINT FOR VIOLATION OF CONSTITUTIONAL RIGHTS

*This form complaint is designed to help you, as a* pro se *plaintiff, state your case in a clear manner. Please read the directions and the numbered paragraphs carefully. Some paragraphs may not apply to you. You may cross out paragraphs that do not apply to you. All references to "plaintiff" and "defendant" are stated in the singular but will apply to more than one plaintiff or defendant if that is the nature of the case.*

1. This is a claim for violation of plaintiff's civil rights as protected by the Constitution and laws of the United States under 42 U.S.C. §§ 1983, 1985, and 1986.

2. The court has jurisdiction under 28 U.S.C. §§ 1343 and 1367.

3. Plaintiff's full name is SOSSANE PIERRE-MICHEL SERI.

*If there are additional plaintiffs, fill in the above information as to the first-named plaintiff and complete the information for each additional plaintiff on an extra sheet.*

1

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

4. Defendant, **VILLAGE OF BOLINGBROOK**, is
(name, badge number if known)

☐ an officer or official employed by _____;
(department or agency of government)

(2nd defendant) **BOLINGBROOK POLICE DEPARTMENT** or

☐ an individual not employed by a governmental entity.

*If there are additional defendants, fill in the above information as to the first-named defendant and complete the information for each additional defendant on an extra sheet.*

5. The municipality, township or county under whose authority defendant officer or official acted is **VILLAGE OF BOLINGBROOK**. As to plaintiff's federal constitutional claims, the municipality, township or county is a defendant only if custom or policy allegations are made at paragraph 7 below.

6. On or about **01/09/24**, at approximately **10:30** ☒ a.m. ☐ p.m.
(month, day, year)
plaintiff was present in the municipality (or unincorporated area) of **JOLIET**
_____, in the County of **WILL**,
State of Illinois, at **WILL COUNTY CIRCUIT COURT**,
(identify location as precisely as possible)

when defendant violated plaintiff's civil rights as follows *(Place X in each box that applies)*:

☐ arrested or seized plaintiff without probable cause to believe that plaintiff had committed, was committing or was about to commit a crime;
☐ searched plaintiff or his property without a warrant and without reasonable cause;
☐ used excessive force upon plaintiff;
☐ failed to intervene to protect plaintiff from violation of plaintiff's civil rights by one or more other defendants;
☐ failed to provide plaintiff with needed medical care;
☐ conspired together to violate one or more of plaintiff's civil rights;
☒ Other: **WRONGFUL CONVICTION WITHOUT PROBABLE CAUSE**

2

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Case: 1:24-cv-00796 Document #: 1 Filed: 01/30/24 Page 3 of 9 PageID #:3

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_____.

7. Defendant officer or official acted pursuant to a custom or policy of defendant municipality, county or township, which custom or policy is the following: (*Leave blank if no custom or policy is alleged*): VIOLATION OF THE GOOD-FAITH EXCEPTION POLICY.

_____.

8. Plaintiff was charged with one or more crimes, specifically: THE WORD DOCUMENT HAVE THE CLAIM.

_____

9. (*Place an X in the box that applies. If none applies, you may describe the criminal proceedings under "Other"*) The criminal proceedings

☐ are still pending.

☐ were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.[1]

☐ Plaintiff was found guilty of one or more charges because defendant deprived me of a fair trial as follows_____

_____.

☒ Other: WRONGFUL CONVICTION WITHOUT PROBABLE CAUSE.

[1] Examples of termination in favor of the plaintiff in a manner indicating plaintiff was innocent may include a judgment of not guilty, reversal of a conviction on direct appeal, expungement of the conviction, a voluntary dismissal (SOL) by the prosecutor, or a *nolle prosequi* order.

3

Case: 1:24-cv-00796 Document #: 1 Filed: 01/30/24 Page 4 of 9 PageID #:4

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

10. Plaintiff further alleges as follows: (*Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.*)

MY ALLEGATIONS ARE ATTACHED ON A FOUR PAGES DOCUMENT. I TYPED MY CLAIM.

11. Defendant acted knowingly, intentionally, willfully and maliciously.

12. As a result of defendant's conduct, plaintiff was injured as follows:

HUMILIATION, EMOTIONAL DISTRESS, MENTAL ANGUISH, A CRIMINAL BACKGROUND, LOST OF WORK AND WORK-OPPORTUNITY

13. Plaintiff asks that the case be tried by a jury. ☒ Yes ☐ No

4

Case: 1:24-cv-00796 Document #: 1 Filed: 01/30/24 Page 5 of 9 PageID #:5

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

14. Plaintiff also claims violation of rights that may be protected by the laws of Illinois, such as false arrest, assault, battery, false imprisonment, malicious prosecution, conspiracy, and/or any other claim that may be supported by the allegations of this complaint.

**WHEREFORE,** plaintiff asks for the following relief:

A. Damages to compensate for all bodily harm, emotional harm, pain and suffering, loss of income, loss of enjoyment of life, property damage and any other injuries inflicted by defendant;

B. ☒ *(Place X in box if you are seeking punitive damages.)* Punitive damages against the individual defendant; and

C. Such injunctive, declaratory, or other relief as may be appropriate, including attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

Plaintiff's signature: /s/ Sossane

Plaintiff's name (print clearly or type): SOSSANE PIERRE MICHEL SERI

Plaintiff's mailing address: 301 EAST 89TH ST.

City: CHICAGO   State: IL   ZIP: 60619

Plaintiff's telephone number: (312) 522-8616

Plaintiff's email address (if you prefer to be contacted by email): SOSSANELION@GMAIL.COM

15. Plaintiff has previously filed a case in this district. ☒ Yes ☐ No

*If yes, please list the cases below.*

21-CV-04920

*Any additional plaintiffs must sign the complaint and provide the same information as the first plaintiff. An additional signature page may be added.*

5

| PLAINTIFF | Sossane Pierre-Michel Seri |
|---|---|
| DEFENDANT | VILLAGE OF BOLINGBROOK |
| DEFENDANT | BOLINGBROOK POLICE DEPARTMENT |

## Civil Action for Deprivation of Rights According to 42 U.S. Code § 1983

## WRONGFUL CONVICTION BY THE VILLAGE OF BOLINGBROOK AND THE BOLINGBROOK POLICE DEPARTMENT WRONGFUL CONVICTION THAT HAPPENED ON 01/09/24 WITHOUT PROBABLE CAUSE DEPRIVING ME OF MY FOURTH- AMENDMENT RIGHT.

  I am filing a **MONELL-LIABILITY CLAIM AGAINST THE VILLAGE OF BOLINGBROOK AND THE BOLINGBROOK POLICE DEPARTMENT** for a **WRONGFUL CONVICTION** that happened on **01/09/24**. The **VILLAGE OF BOLINGBROOK AND THE BOLINGBROOK POLICE DEPARTMENT** convicted me of one count of **CHILD ABDUCTION** and a term of **24 months of probation on 01/09/24** without any probable causes and the seizure that led to the **CONVICTION** was done by the **VILLAGE OF BOLINGBROOK AND THE BOLINGBROOK POLICE DEPARTMENT**, without a **WARRANT** which is a violation of the **GOOD-FAITH EXCEPTION POLICY**.

  The **VILLAGE OF BOLINGBROOK AND THE BOLINGBROOK POLICE DEPARTMENT** convicted me of **one count of CHILD ABDUCTION on 01/09/24,** stating for the conviction that on I asked an unknown child to get into my motor vehicle for some money by speaking and that they had a video that shows probable cause for the **CONVICTION OF ONE COUNT OF CHILD ABDUCTION AND A 24 MONTHS TERM OF PROBATION**.

  The reality is that the **VILLAGE OF BOLINGBROOK AND THE BOLINGBROOK POLICE DEPARTMENT DO NOT HAVE ANY PROBABLE CAUSES TO CONVICT ME OF ONE COUNT OF CHILD ABDUCTION AND THE 24 MONTHS TERM OF PROBATION ON 01/09/24 AND DEPRIVED ME OF MY FOURTH AMENDMENT BY CONVICTING ME OF ONE COUNT OF CHILD ABDUCTION**. First point of lack of probable cause for the **WRONGFUL CONVICTION is that I** do not know the person and do not know the name of the person that they convicted me for the **ONE COUNT OF CHILD ABDUCTION**. The law of **CHILD ABDUCTION** in Illinois is as:

- **720 ILCS 5/10-5 Child abduction:** The person intentionally attempted to lure a child under the age of 17, into a motor vehicle, without the consent of the child's parent or lawful custodian for other than a lawful purpose. (a)For the purpose of this Section, lure have this meaning: (2.2) luring means any **KNOWING** act to solicit, entice, tempt, or attempt to attract the minor.

The fact that I do not **KNOW the person** and the **name** of the person that they convicted me for on **01/09/24** is the first lack of probable cause and the first deprivation of the FOURTH AMENDMENT BY THE VILLAGE OF BOLINGBROOK AND THE BOLINGBROOK POLICE DEPARTMENT BY CONVICTING ME OF ONE COUNT OF CHILD ABDUCTION AND THE 24 MONTHS TERM OF PROBATION.

The second point of lack of probable cause for the WRONGFUL CONVICTION OF ONE COUNT OF CHILD ABDUCTION AND THE 24 MONTHS TERM OF PROBATION ON 01/09/24 IS THAT THE VILLAGE OF BOLINGBROOK AND THE BOLINGBROOK POLICE DEPARTMENT IS ACCUSING ME OF SPEAKING AND SPEAKING IS NOT A CRIME AND THAT IS THE SECOND LACK OF PROBABLE CAUSE AND THE SECOND DEPRIVATION OF THE FOURTH AMENDMENT BY THE VILLAGE OF BOLINGBROOK AND THE BOLINGBROOK POLICE DEPARTMENT BY CONVICTING ME OF ONE COUNT OF CHILD ABDUCTION AND THE 24 MONTHS TERM OF PROBATION.

The third point of lack of probable cause for the WRONGFUL CONVICTION OF ONE COUNT OF CHILD ABDUCTION AND THE 24 MONTHS TERM OF PROBATION ON 01/09/24 IS THAT THE VILLAGE OF BOLINGBROOK AND THE BOLINGBROOK POLICE DEPARTMENT DO NOT HAVE THE VIDEO THAT THEY ARE ACCUSING ME OF ,THEY DO NOT HAVE A VIDEO SHOWING PROBABLE CAUSE OF THE ONE COUNT OF CHILD ABDUCTION, THE VILLAGE OF BOLINGBROOK LIED ABOUT HAVING A VIDEO THAT SHOW A CRIME, THEY NEVER PRESENTED THE VIDEO TO ME AND LIED ABOUT HAVING EVIDENCE TO CONVICT ME. THEY DO NOT HAVE ANY EVIDENCE THAT SHOW PROBABLE CAUSES AND COMMITTED AN EVIL AND RECKLESS MISCONDUCT BY CONVICTING ME OF ONE COUNT OF CHILD ABDUCTION, WHICH IS THE THIRD LACK OF PROBABLE CAUSE AND THE THIRD DEPRIVATION OF THE FOURTH AMENDMENT BY THE VILLAGE OF BOLINGBROOK AND THE BOLINGBROOK POLICE DEPARTMENT BY CONVICTING ME OF ONE COUNT OF CHILD ABDUCTION AND THE 24 MONTHS TERM OF PROBATION.

## ONE COUNT THAT DEMONSTRATE THE MONELL-LIABILITY OF THE VILLAGE OF BOLINGBROOK THROUGH THEIR EVIL AND RECKLESS MISCONDUCT BY WRONGFULLY CONVICTING AND DEPRIVING ME OF MY CONSTITUTIONAL RIGHT TO PROBABLE CAUSE

(1) THE VIOLATION OF MY FOURTH AMENDMENT RIGHT WHICH IS A CONSTITUTIONAL DEPRIVATION (A WRONGFUL CONVICTION, WHILE LACKING PROBABLE CAUSE FOR THE CONVICTION) IS INCONSISTENT WITH THE VILLAGE OF BOLINGBROOK POLICY. (2) THE GOOD-FAITH EXCEPTION POLICY STATES THAT TO PROCEED TO A SEIZURE BASED

ON A FELONY CHARGE A WARRANT MUST BE SEEKED FROM A DETACHED AND NEUTRAL MAGISTRATE JUDGE (3) THE GOOD-FAITH EXCEPTION POLICY AMOUNTED TO DELIBERATE INDIFFERENCE TO MY FOURTH AMENDMENT CONSTITUTIONAL RIGHT (4) THE GOOD-FAITH EXCEPTION POLICY WAS THE MOVING FORCE BEHIND THE VIOLATION OF MY FOURTH AMENDMENT CONSTITUTIONAL RIGHT BECAUSE THE VIOLATION OF THE POLICY LED TO THE WRONGFUL CONVICTION WITHOUT ANY PROBABLE CAUSES AND DEPRIVED ME OF MY FOURTH AMENDMENT CONSTITUTIONAL RIGHT, THE RIGHT TO PROBABLE CAUSE.

## EVIDENCE

My complaint is based on evidence and various official documents about the WRONGFUL CONVICTION.

## MONETARY AWARD AND RELIEF

THE VILLAGE OF BOLINGBROOK IS LIABLE OF MY WRONGFUL CONVICTION BY CONVICTING ME OF ONE COUNT OF CHILD ABDUCTION ON 01/09/24 WITHOUT ANY PROBABLE CAUSE AND WITHOUT A WARRANT AND CREATING SOME PERSONAL INJURIES; THE CONVICTION CREATED SOME PERSONAL INJURIES TO ME I SUFFER HUMILIATION FROM THE WRONGFUL CONVICTION, EMOTIONAL DISTRESS AND MENTAL ANGUISH WHICH ARE NON-ECONOMIC DAMAGES, THE WRONGFUL CONVICTION AND THE 24 MONTHS TERM OF PROBATION ALSO CREATED A CRIMINAL BACKGROUND WHICH PREVENT ME TO OBTAIN CERTAIN WORK-OPPORTUNITY WHICH CAN BE CONSIDER AS ECONOMIC DAMAGES; THE 24 MONTHS TERM OF PROBATION IS ALSO DAMAGING MY LIFE AND ARE INCLUDED IN THE COMPENSATORY DAMAGES. I SEEK MONETARY RELIEF ACCORDING TO THE ONE COUNT OF MONELL-LIABILITY CLAIM IN THE COMPLAINT TO THE VILLAGE OF BOLINGBROOK THROUGH COMPENSATORY DAMAGES AMOUNTING $50 MILLIONS DOLLAR FOR THE PERSONAL INJURIES THAT I AM SUFFERING THROUGH THE WRONGFUL CONVICTION; AND ADDITIONAL PUNITIVE DAMAGES TO THE VILLAGE OF BOLINGBROOK FOR THEIR EVIL AND RECKLESS MISCONDUCT AMOUNTING $50 MILLIONS DOLLAR PAYABLE BY THE VILLAGE OF BOLINGBROOK FOR THE DEPRIVATION OF MY FOURTH AMENDMENT CONSTITUTIONAL RIGHT TO PROBABLE CAUSE AND THE VIOLATION OF THE GOOD-FAITH EXCEPTION POLICY LISTED IN THE ONE COUNT OF MONELL-LIABILITY. THE TOTAL AMOUNT OF COMPENSATORY AND PUNITIVE DAMAGES IS $100 MILLIONS DOLLAR PAYABLE BY THE VILLAGE OF BOLINGBROOK FOR THE ONE COUNT OF MONELL-LIABILITY CLAIM. I ALSO REQUEST THE DISCHARGE OF THE ONE COUNT OF CHILD

**ABDUCTION AND THE DISCHARGE OF THE 24 MONTHS TERM OF PROBATION FOR A WRONGFUL CONVICTION WITHOUT ANY PROBABLE CAUSES.**

**GOD BLESS YOU, GOD BLESS AMERICA**

**THANK YOU**

**SINCERELY**

**SERI**

*/s/ Seri*

01/30/24